IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 6:14-cv-84-LED |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| LULULEMON ATHLETICA INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Clear With Computers, LLC and defendant Lululemon Athletica, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

*/s/Andrew W. Spangler*  
Andrew W. Spangler TX SB #24041960
    spangler@spanglerlawpc.com
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

Stamatios Stamoulis DE SB #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt DE SB #5080
    weinblatt@swdelaw.com
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

*Attorneys for Plaintiff*
*Clear With Computers*

*/s/John M. Guaragna*  
John M. Guaragna TX DB #24043308
    john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

*Attorney for Defendant*
*Lulelemon Athletica Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                        */s/Andrew W. Spangler*
                                        Andrew W. Spangler